FILED

APR 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 15-10045 |
| Plaintiff - Appellee, | 15-10046 |
| v. | D.C. Nos. 4:14-cr-01342-JAS |
| | 4:11-cr-02601-JAS |
| LAUTERIO DOMINGO GERMAN-SANCHEZ, a.k.a. Lauterio D. German-Sanchez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Soto, District Judge, Presiding

Submitted April 13, 2016**

Before:    FARRIS, TALLMAN, and BYBEE, Circuit Judges.

In these consolidated appeals, Lauterio Domingo German-Sanchez appeals

the aggregate 36-month sentence imposed following his guilty-plea conviction for

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reentry of a removed alien, in violation of 8 U.S.C. § 1326, and revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

German-Sanchez contends that the district court procedurally erred by failing to explain the sentence adequately and respond to his mitigating arguments. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court considered German-Sanchez's mitigating arguments and adequately explained the sentence. *See Rita v. United States*, 551 U.S. 338, 358-59 (2007).

**AFFIRMED.**